UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-60841-Martinez-Brown**

"IN ADMIRALTY"

**PERFORMANCE MARINE TRADING**
Plaintiff,

V.

BARLEY LEGAL, her engines, tackle,
appurtenances, boats, etc. in rem
Defendant,

FILED by ___VT___ D.C.
ELECTRONIC

June 4, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

CONSENT AND INDEMNIFICATION AGREEMENT
FOR THE APPOINTMENT OF A SUBSTITUTE CUSTODIAN

Plaintiff Performance Marine Trading, by George L. Moxon, undersigned attorney and SUNSHINE STATE SERVICES, the proposed Substitute Custodian, hereby expressly release the United States Marshal for this District, and the United States Marshal's Service, from any and all liability and responsibility for the care and custody of the vessel named Barely Legal, her boats, tackle, apparel, furniture and furnishings, equipment, and appurtenances while in the hands of SUNSHINE STATE SERVICES.

Plaintiff Performance Marine Trading and SUNSHINE STATE SERVICES also expressly agree to hold the United States Marshal for the District, and the United States Marshal's Services, harmless from any and all claims whatsoever arising during the period of the substitute custodianship.

As counsel of record in this action, the undersigned attorney represents that he has been expressly authorized by the Plaintiff to sign this consent and Indemnification Agreement for, and on behalf of the Plaintiff.

Signed this_____day of June, 2009, at Hollywood, Florida.

*/s/ George L Moxon*  
George L Moxon  
FL Bar No.057150  
moxong@bellsouth.net  
Law Office of George L. Moxon  
5630 Harding street Fax:  
Hollywood, FL 333021  
5630 Harding Street  
Phone:954 962-2085  
Fax: 954 961-5525  

SUNSHINE STATE SERVICES  
5411 NW 77th Ct.  
Pompano Beach, FL 33073  
Phone: 954 275-7194  
954 480-9936  

Attorney for Plaintiff Performance Marine Trading