UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-60841-Martinez-Brown**

"IN ADMIRALTY"

**PERFORMANCE MARINE TRADING**
Plaintiff,

V.

BARELY LEGAL, her engines, tackle,
appurtenances, boats, etc. in rem
Defendant,,

---

FILED by ___VT___ D.C.
ELECTRONIC

June 4, 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

## MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

   Pursuant to Local Admiralty Rule E(10) (c ), Plaintiff Performance Marine Trading, by and through the undersigned attorney, represents the following:

   (1) On June 4, 2009, Performance Marine Trading, Plaintiff initiated the above - styled action against the vessel named Barely Legal, her boats, tackle, apparel, furniture and furnishings, equipment, and appurtenances.

   (2) On _____, The clerk issued a Warrant of Arrest against the vessel Barely Legal, directing the United States Marshal to take custody of the vessel and to retain custody of the vessel pending further order of this Court.

   (3) Subsequent to the issuance of the Warrant of Arrest, the Marshal will

take steps to immediately seize the vessel. Thereafter, continual custody by Marshal will require the services of SUNSHINE STATE SERVICES, located at 2800 W. Cypress Creek RD., Ft. Lauderdale, FL 33309, to be custodian at the cost of at least $14 Per day.

(4) The vessel is currently berthed at Performance Marine Trading, located at 2800 W. Cypress Creek RD., Ft. Lauderdale, FL 33309, and subject to the approval of the Court, the substitute custodian is prepared to provide security, wharfage, and routine services for the safekeeping of the vessel at a cost substantially less than that presently required by the Marshal. The substitute custodian has also agreed to continue to provide these services pending further order of this Court. A copy of Sunshine State services' rate sheet is attached hereto as Exhibit A.

(5) The substitute custodian has the adequate facilities for the care, maintenance and security of the vessel. In discharging its obligation to care for, maintain and secure the vessel, the substitute custodian shall comply with all orders of the Captain of the Port, United States Coast Guard, including but not limited to, an order to move vessel; and any applicable federal, state, and local laws, regulations and requirements pertaining to vessel and port safety. The substitute custodian shall advise the Court, the parties to the action, and the United States Marshal, of any movement of the vessel pursuant to an order of the Captain of the Port, United States Coast Guard, within twenty-four hours of such vessel movement.

(6) Concurrent with the Court's approval of the Motion for Appointment of the Substitute Custodian, Plaintiff and the substitute custodian will file a Consent and Indemnification Agreement in accordance with Local Admiralty Rule E(10)(c)(2).

THEREFORE, in accordance with the representations set forth in this instrument, and subject to the filing of the indemnification agreement noted in paragraph (6) above, Plaintiff request this Court to enter an order appointing SUNSHINE STATE SERVICES, as the Substitute Custodian for the vessel Barely Legal.

Dated: Fort Lauderdale, Florida  
June 4, 2009

by: _____  
George L. Moxon  
Florida Bar No:  
moxong@bellsouth.net  
5630 Harding Street  
Hollywood, FL 33021  
Tel:   954 962-2085  
Fax: 954 961-5525

# EXHIBIT A

# SUNSHINE SERVICES RATE SHEET

## SUNSHINE STATE SERVICES SUBSTITUTE CUSTODIAN RATE SHEET

Arrest coordination and inventory (one time charge)   $ 200
    Includes meeting marshal.

Daily custodial charge   $ 14

Exhibit A

# SUNSHINE STATE SERVICES

5411 NW 77th Ct
Pompano Beach, FL 33073
Phone: 954-275-7194
Fax: 954-480-9936
www.swamptoyz.com

**INVOICE #**

To:
Att:

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  | **Total due =** |  |

Please, make all checks payable to **Sunshine State Services**

Total due is requested in 15 days.  Overdue accounts subject to a service charge of 5% per month.
**THANK YOU FOR YOUR BUSINESS!**