UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-60841-Martinez-Brown**

"IN ADMIRALTY"

**PERFORMANCE MARINE** TRADING
        Plaintiff,

    V.

BARELY LEGAL, her engines, tackle,
appurtenances, boats, etc. in rem
            Defendant,

SUMMONS IN A CIVIL CASE

*By Serving owner*

TO: Robert Lewis Bryan
    4440 NE 30th Avenue
    Lighthouse Point, FL 33064

    YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S
ATTORNEY (name and address)

        George L. Moxon, Esq.
        5630 Harding Street
        Hollywood, FL 33021

an answer to the complaint which is herewith served upon you, within ___20___ days after service
of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. You must also file
your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**                    **June 4, 2009**
                            _____
                            Date

Steven M. Larimore          s/Vernice Thomas
Clerk of Court              Deputy Clerk
                            U.S. District Courts