UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-CV-60841-Martinez-Brown

"IN ADMIRALTY"

**PERFORMANCE MARINE** TRADING

      Plaintiff,

V.

**BARELY LEGAL, her engines, tackle,
appurtenances, boats, etc. in rem**

**Defendant,**

_____/

<u>MOTION FOR ENTRY OF FINAL JUDGMENT
WITH ACCOMPANYING AFFIDAVIT AND SUPPORTING
MEMORANDUM OF LAW AND ORDER OF SALE</u>

Plaintiff, Performance Marine Trading Inc., through its undersigned Counsel and pursuant

to the applicable rules of the Federal Rules of Civil Procedure, hereby moves this Honorable

Court for Entry of Final Default Judgment as a matter of law, and for an Order for Sale of the

vessel Barely Legal, the above named defendant, and in support thereof states;

    1.  This is an admiralty cause of action brought under the Jurisdiction of this Court

pursuant to Rule 9 (h) of the Federal Rules of Civil Procedure.

    2.  Performance Marine Trading at all times hereinafter mentioned, was and is a

Corporation organized and existing under the laws of the state of Florida.

3. On January 25, 2005 and thereafter Robert Bryan, registered owner of "Vessel" and requested services for repairs, oil change, tuneup, replacement of equipment and storage of the "Vessel" during the time of services.  These services and materials were provided at the request of the Vessel's owner, Robert Bryan, and for the benefit of the vessel, Barely Legal.

4. This service was provided to the vessel Barely Legal in Florida, U.S.A., specifically Fort Lauderdale.

5. The cost of the services and material provided to Barely Legal is approximately USD 48,212.87, and hereto is attached to Patrick Sullivan's Affidavit and is made part of this motion.

6. As of the date of this motion, no payments have been made to Performance Marine Trading for services provided to the vessel, Barely Legal.

7. The vessel, Barely Legal has been arrested and is in the custody of a substitute custodian for the US Marshal (D.E. No. 16).  The plaintiff, Performance Marine Trading deposited USD 2,500.00 with the US Marshal to arrest the vessel Barely Legal.

8. On June 7, 2009, Robert Lewis Bryan was served.  Attached to this motion is (D.E. No. 14) Summons Returned Executed and appears hereto this motion as Exhibit "A".

9. On June 16, 2009, US Bank was served.  Attached to this motion is (D.E. No. 15) Summons Returned Executed and appears here to this motion as Exhibit "B".  Also see (D.E. No. 12) Corporate Disclosure Statement and General Index or Abstract of Title and appears hereto this motion as Exhibit "C".

<u>MEMORANDUM OF LAW</u>

Pursuant to Federal Rule of Civil Procedure Rule 55(b) states the Following:

**"If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation the clerk - on the plaintiff's request, with an affidavit showing the amount due - must enter judgment for the amount and cost against a defendant who has been defaulted for not appearing and is neither a minor nor an in competent person".**

Accordingly, Robert Bryan, the vessel's registered owner of the named defendant, Barely Legal has failed to serve any paper on the undersigned attorney or file any paper as required by law as to the complaint. Furthermore, plaintiff, seeks Entry for a Default Judgment in that it has a maritime lien in the sum of USD 48,212.87, exclusive of interest, attorneys' fees, costs and expenses, against the Barely Legal, her engines, tackle, equipment, appurtenances, furniture, etc., in rem.  Essentially, Performance Marine Trading provided the vessel Barely Legal, the above named defendant with services and materials.

Under the Maritime Lien Act, more specifically 46 U.S.C. Section 31342 a person who provides "necessaries" to a vessel, at the direction of any person listed in 46 U.S.C. Section 31341, has a maritime lien on the vessel, which includes, but is not limited to, the owner, master,

or an officer or agent appointed by the owner or charter. A "necessary" includes the supply of services and materials to a vessel.

The owner of Barely Legal requested, directed Performance Marine Trading to provide Barely Legal with services and materials which were to be performed and furnished in exchange for payment. Performance Marine Trading relied on Robert Bryan to provide payment for the services and materials pursuant to the affidavit of Patrick Sullivan, President of Performance Marine Trading and is attached, hereto this motion, along with the work order, in the amount due and owing by Robert Bryan is USD 48,212.87, plus interest, attorneys' fees, costs and expenses.

WHEREFORE, Performance Marine Trading, prays this Court: (1) Enter its Final Judgment by Default as a matter of law against the defendant Barely Legal in the amount USD 48,212.87, plus interest, attorneys' fees, costs and expenses. (2) Order the US Marshal to have the Barely Legal be condemned and sold to pay the demands aforesaid, together with all interest, attorneys' fees, costs and expenses.

Respectfully submitted

Fort Lauderdale, Florida

July 27, 2009

George L. Moxon
Florida Bar # 057150
Moxong@bellsouth.net
5630 Harding Street
Hollywood, Florida 33021
Tel.  954 962 2085
Fax.  954 961 5525

## CERTIFICATE OF SERVICE

I hereby certify that on the July 27, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

SERVICE LIST

Robert Lewis Bryan
4440 NE 30th Avenue
Lighthouse Point, FL 33064

US BANK NATIONAL ASSOCIATION
800 Nicolette Mall
Legal Department/2nd Floor
Minneapolis, MN 55402

# Affidavit of

# Patrick Sullivan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

"IN ADMIRALTY"

**PERFORMANCE MARINE** TRADING
        Plaintiff,

   V.

BARELY LEGAL, her engines, tackle,
appurtenances, boats, etc. in rem
            Defendant,

_____

AFFIDAVIT OF DAMAGES,
PREJUDGMENT INTEREST AND COSTS
OF PATRICK SULLIVAN

STATE OF FLORIDA          /

                          /ss

COUNTY OF BROWARD /


   1.  I am President of Performance Marine Trading, and I am authorized to

make this statement by and on behalf of the company.


   2.  I am fully knowledgeable about the facts and the circumstances

surrounding the matters alleged in the foregoing complaint.

3.  The facts contained herein are upon  my personal knowledge and the records and information contained in the corporate file maintained by Performance Marine Trading.

4.  On January 25, 2005 and there after Robert Lewis Bryan, registered owner of "Barely Legal" requested services for repairs, oil change, tune up, replacement of equipment and storage of the "Vessel" during the time of services.

5.  Pursuant to the work order, The Vessel's owner presently owes Performance Marine Trading the amount of USD 48,212.87, together with said cost of reasonable attorney fees and court cost, plus continued storage cost, plus finance charges and cost, and further amounts not presently known to Performance Marine Trading . See the attached Work Order #1311 Opened on January 25, 2005, and is attached hereto as Exhibit "A", respectively.

6.  Although payment for the materials supplied, repairs performed and finance charges and storage charges pursuant to the terms of the contract has been duly demanded, the amount has not been paid.

7. Performance Marine Trading has and will incur attorneys' fees and expenses, has and will make advances and has and will sustain damages from or by reason of the breach of the maritime contract in the amount of USD **48,212.87**, plus finance charges/late charges and cost, and in further amounts not presently known to Performance Marine Trading .

8. The work orders of Performance Marine Trading  provide for a finance charge/late charge on unpaid accounts to accrue at 30% per annum. On information and belief, five years and 6 months' time will have passed from the date of the maritime contract by the Vessel's owner Robert Lewis Bryan until Performance Marine Trading can prosecute this claim to completion.  Under the terms of the maritime contract , Performance Marine Trading is entitled to receive a finance charge, expenses and reasonable attorneys' fees for prosecuting their claims to completion.  The estimated amount of finance charge/late fee, attorneys' fees and costs and expenses is estimated to be USD **16,227.44**

a. Finance Charge/Late Fee:   11,227.44(0.30/year x 5.5 yrs, plus 131.81
                                                          late fee)

b. <u>Attorneys' Fees/Expenses</u>:   <u>5,000.00</u>

Total:                            16,227.44 + 48,212.87 = <u>**USD 64,440.31**</u>

FURTHER AFFIANT SAYETH NAUGHT.

                              PERFORMANCE MARINE TRADING, INC.

By: _____

PATRICK SULLIVAN, PRESIDENT

THE FOREGOING instrument was acknowledged before me this __27__ day
of July, 2009, by Patrick Sullivan, as President of Performance Marine Trading, Inc., who is
personally known to me and who did take an oath.



AWILDA ALICEA
MY COMMISSION # DD 685868
EXPIRES: July 7, 2011
Bonded Thru Notary Public Underwriters

Notary Public, State of Florida

AWILDA - ALICEA
PRINTED NAME

# EXHIBIT A

# WORK ORDER

Sold to:

ROB BRYAN
4440 NE 30TH ST.
LIGHTHOUSE POINT FL 33064 USA
                              Opened 01/25/05
JP 954-547-3401-ANDY BARNET
Mobl 954-415-3354

Work Order # 1311
Billing: CP
Warr Claim #
Serv Unit #

| Invoice | Salesman | Customer | Tax Number | Date | Charge | PO Number |
|---------|----------|----------|------------|------|--------|-----------|
| 1311 | SERVICE-02 | 25747 | | 05/27/09 | N | |

----------------------- ** INITIAL JOB DESCRIPTION ** -----------------------
1. SERVICE
2. OIL CHANGE
3. TUNE UP

HIN # PWN235SSC899

| Item Number | Description | Quantity | List | Price | Extended |
|-------------|-------------|----------|------|-------|----------|
| 209-4 | 36" POLE LIGHT | 1 | 78.20 | 78.20 | 78.20 |
| 10-999 | SHOP SUPPLIES | 2 | 5.00 | 5.00 | 10.00 |
| 10-999 | BATTERIES | 2 | 98.95 | 98.95 | 197.90 |
| BT BASH | | | | | |
| 10-999 | STEREO HEAD | 1 | 499.00 | 499.00 | 499.00 |
| BT BASH | | | | | |
| 10-999 | REPAIR STEREO AND REPLACE BAT | 6 | 108.00 | 108.00 | 648.00 |
| 10-999 | TRAILER RENTAL | 1 | 300.00 | 300.00 | 300.00 |
| ONLY CHARGED FOR KEYS ROB USED TRAILER OTHER TIMES NO CHARGE | | | | | |
| 10-999 | STORAGE | 4 | 300.00 | 300.00 | 1200.00 |
| JUNE JULY AUG SEPT NOTE NONE WHILE ON PENIAL VACATION | | | | | |
| 10-999 | TIRES | 1 | 185.00 | 185.00 | 185.00 |
| DAMAGED ON KEYS TRIP | | | | | |
| 10-999 | NAV LIGHT | 1 | 48.65 | 48.65 | 48.65 |
| 209-3 | 30" POLE LIGHT | 1 | 78.55 | 78.55 | 78.55 |
| 10-999 | SPEAKER MOUNT PANEL CUSTOM | 1 | 298.00 | 298.00 | 298.00 |
| 10-999 | PICKUP DELIVER | 3 | 100.00 | 100.00 | 300.00 |
| 3X ANDY DID NOT PAY | | | | | |
| 10-999 | 40 DOLLAR OWED | 1 | 40.00 | 40.00 | 40.00 |
| ANDY GAVE CLAY ONLY 60 | | | | | |
| 10-999 | WATER PUMP KITS | 2 | 124.00 | 124.00 | 248.00 |
| 10-999 | storage oct nov dec | 3 | 300.00 | 300.00 | 900.00 |
| oct nov dec | | | | | |
| 10-999 | YR5 PLUGS | 16 | 5.98 | 5.98 | 95.68 |
| 6-807151A14 | BODY/IMPELLER KIT | 2 | 101.90 | 96.90 | 193.80 |
| 1674 | INSERT | 2 | 1.56 | 1.45 | 2.90 |
| 2-43437 | HOSE | 2 | 33.33 | 30.20 | 60.40 |
| 7-44108   1 | GASKET | 2 | .94 | .80 | 1.60 |
| 06188A 1 | ANODE KIT | 2 | 23.50 | 23.50 | 47.00 |
| 21630Q 1 | ANODE KIT | 2 | 23.58 | 21.10 | 42.20 |
| 06190Q 1 | ANODE KIT @2 | 4 | 31.50 | 28.35 | 113.40 |
| 05261A 1 | WEAR PAD KIT | 2 | 13.81 | 11.70 | 23.40 |
| 10-999 | STORAGE JAN-MAY | 5 | 300.00 | 300.00 | 1500.00 |

CONTINUATION OF WORK-ORDER 1311  Invoice 1311
Pg 2

| Item Number | Description | Quantity | List | Price | Extended |
|---|---|---|---|---|---|
| '10-999 | RETURNED CK | 1 | 30.00 | 30.00 | 30.00 |
| '10-999 | STEREO BOARD REAR SEAT | 1 | 285.00 | 285.00 | 285.00 |
| '10-999 | 8 IN PLATNIUM SPKR | 3 | 350.00 | 350.00 | 1050.00 |
| '10-999 | 6.5 PLATNIUM | 2 | 250.00 | 250.00 | 500.00 |
| '10-999 | GRIILLE\VENT | 2 | 78.00 | 78.00 | 156.00 |
| '10-999 | AEROQUIP STEERING LINE | 6 | 19.95 | 19.95 | 119.70 |
| '10-999 | TRAILER RENTAL | 1 | 400.00 | 400.00 | 400.00 |
| '10-999 | STORAGE JUNE-AUG | 3 | 300.00 | 300.00 | 900.00 |
| '10-999 | FINANCE FEES | 12 | 150.00 | 150.00 | 1800.00 |
| '10-999 | SEPT OCT NOV | 3 | 300.00 | 300.00 | 900.00 |
| '10-999 | STORAGE DEC JAN FEB | 3 | 300.00 | 300.00 | 900.00 |
| '10-999 | STORAGE MAR APR | 2 | 350.00 | 350.00 | 700.00 |
| 317119A 4 | ALT ASSY-(BLACK) | 1 | 241.70 | 241.70 | 241.70 |
| '10-999 | MERC. BLUE PAINT | 1 | 10.00 | 10.00 | 10.00 |
| '10-999 | LOAD BOAT HAD TO BE MOVED FROM CORNER | 4 | 108.00 | 108.00 | 432.00 |
| '10-999 | DROP | 1 | 200.00 | 200.00 | 200.00 |
| 37-69143Q | V BELT | 1 | 24.51 | 22.00 | 22.00 |
| 37-818188  1 | GASKET @2 | 2 | 62.17 | 62.17 | 124.34 |
| KIPERF | SYNTHETIC GEAR LUBE | 6 | 13.98 | 13.98 | 83.88 |
| '10-999 | MOBIL ONE | 14 | 6.95 | 6.95 | 97.30 |
| 5-881126K01 | FILTER-OIL | 2 | 18.44 | 18.44 | 36.88 |
| 17119A 4 | ALT ASSY-(BLACK) | 1 | 241.70 | 241.70 | 241.70 |
| 50454  1 | PUMP ASSY-WATER | 2 | 187.50 | 187.50 | 375.00 |
| 10-999 | BATTERIES | 4 | 98.50 | 98.50 | 394.00 |
| 10-999 | TRAILER RENTAL | 1 | 650.00 | 650.00 | 650.00 |
| 61523A 9 | COUPLER ASSY | 1 | 454.17 | 454.17 | 454.17 |
| 3220 | REBUILD KIT | 2 | 178.28 | 178.28 | 356.56 |
| 48554T 2 | M FOLD ASY-INTAKE | 2 | 1627.18 | 1627.18 | 3254.36 |
| 10-999 | STORAGE MAY - DEC 2007 | 8 | 350.00 | 350.00 | 2800.00 |
| 10-999 | STORAGE JAN - DEC 2008 | 12 | 400.00 | 400.00 | 4800.00 |
| 10-999 | STORAGE JANUARY 09 | 1 | 400.00 | 400.00 | 400.00 |
| 10-999 | STORAGE FEBRUARY 09 | 1 | 400.00 | 400.00 | 400.00 |
| 10-999 | STORAGE MARCH 09 | 1 | 400.00 | 400.00 | 400.00 |
| 10-999 | STORAGE APR 09 | 1 | 400.00 | 400.00 | 400.00 |
| 10-999 | STORAGE MAY 09 | 1 | 400.00 | 400.00 | 400.00 |
| 10-999 | STORAGE JUNE09 | 1 | 400.00 | 400.00 | 400.00 |
| 10-999 | FINANCE / LATE FEES | 1 | 11227.44 | 11227.44 | 11227.44 |

| | | | | | |
|---|---|---|---|---|---|
| 3/12/05  PL | BATTERIES | 1 | 108.00 | 108.00 | 108.00 |
| | BATTERIES WERE DEAD.  STARTED ENGINE, CHARGED BATTERIES FOR 20 MIN EACH | | | | |
| 3/12/05  PL | DELIVER BOAT | 1 | 108.00 | 108.00 | 108.00 |
| | BOAT DELIVERED TO RAMP | | | | |
| :/15/05  PF | NAV LIGHT | 0.25 | 108.00 | 108.00 | 27.00 |
| | CHECK NAV LIGHT SYSTEM.  NEW LIGHTS ORDERED | | | | |
| /15/05  PF | FLUSH ENGINES | .5 | 108.00 | 108.00 | 54.00 |
| | RAN ENGINES ON HOSE TO FLUSH SALT | | | | |

| Item Number | Description | Quantity | List | Price | Extended |
|---|---|---|---|---|---|
| 8/17/05  PF | NAV LIGHT | .5 | 108.00 | 108.00 | 54.00 |
| INSTALLED NEW NAV BOW LIGHT | | | | | |
| 8/17/05  PF | NAV POLE LIGHT | 0.25 | 108.00 | 108.00 | 27.00 |
| INSTALL NEW NAV STERN POLE LIGHT AND NEW RECEIVER FOR POLE | | | | | |
| 8/17/05  PF | 8" SPEAKER | 1 | 108.00 | 108.00 | 108.00 |
| REMOVED 8" SPEAKER TO REFIT WITH NEW SPEAKER.  FOUND WE HAVE TO MAKE SPEAKER BOARD TO REPLACE SPEAKERS.  TEMPLATE MADE FOR SET-UP. | | | | | |
| 1/04/06  PL | REBUILT WATER PUMPS | 6 | 108.00 | 108.00 | 648.00 |
| ANDY ONLY WANTED PUMPS DONE | | | | | |
| 1/23/06  PF | CK OUT DAMAGE | 4 | 108.00 | 108.00 | 432.00 |
| BOAT WAS TOWED IN ENGINES OVER HEATING CK OU RAW WATER PUMPS CK COMPRESSION | | | | | |
| HOSES BURNT PUMPS WASTED COMPRESSION GOOD | | | | | |
| 1/23/06  PF | REBUILD BACK FLUSH | 5 | 108.00 | 108.00 | 540.00 |
| 1/23/06  PF | REMOVE DRIVES | 2 | 108.00 | 108.00 | 216.00 |
| 1/23/06  PF | RR WATER INLETHSE | 4 | 108.00 | 108.00 | 432.00 |
| WATER INLET HOSES COLLAPSED CAUSED WATER PUMP FAILURE HOSES MUST BE REPLACED | | | | | |
| 1/23/06  PF | INSTALL DRIVES | 2 | 108.00 | 108.00 | 216.00 |
| 5/01/06  PF | LOAD BOAT | 1 | 108.00 | 108.00 | 108.00 |
| 5/12/06  PL | POWER STEERING HOSE | 1 | 108.00 | 108.00 | 108.00 |
| REMOVE ALL 4 STEERING HOSES AND MADE NEW.  FILL SYSTEM WITH FLUID | | | | | |
| 5/12/06  PL | DRIVE PIN MISSING | 0.5 | 108.00 | 108.00 | 54.00 |
| REPLACED DRIVE PIN, CHECKED FOR DAMAGE TO RAM- ALL GOOD. | | | | | |
| 5/12/06  PL | AIR VENT DAMAGE | 0.5 | 108.00 | 108.00 | 54.00 |
| REMOVE VENTS TO REPLACE WITH NEW.  INSTALL NEW HOSE TO VENTS ALSO. | | | | | |
| 5/12/06  PF | BLOWERS | 1.5 | 108.00 | 108.00 | 162.00 |
| REMOVE OLD BILGE BLOWERS AND REMOVED CORRODED WIRES AND REPLACED WITH NEW BLOWERS AND CONNECTIONS. | | | | | |
| 5/12/06  PF | TRAILER LGT. WIRING | 1.5 | 108.00 | 108.00 | 162.00 |
| REMOVE BROKEN WIRERS AND LIGHTS.  RAN NEW WIRE TO FRONT OF TRAILER AND INSTALL NEW TAIL LIGHTS.  CONNECTED NEW TRAILER PLUG TO WIRES TESTED SYSTEM | | | | | |
| 5/01/06  PF | DASH REMOTE | 1 | 108.00 | 108.00 | 108.00 |
| DRILLED HOLES IN DASH FOR STEREO REMOTE.  INSTALLED INTO DASH AND MADE CONNECTIONS, TEST SYSTEM | | | | | |
| 0/27/06  PF | FOG ENGINES/STORAGE | 3 | 108.00 | 108.00 | 324.00 |
| FOG ENGINES BATTERIES DEAD | | | | | |
| 5/04/07  JM | STBD ALTERNATOR | 1.75 | 108.00 | 108.00 | 189.00 |
| REMOVED STBD ALTERNATOR, PAINTED NEW ALT. AND INSTALLED | | | | | |
| 5/04/07  JM | STARTE ENG. ON HOSE | 1 | 108.00 | 108.00 | 108.00 |
| STARTED ENGINES ON HOSE, CHECK CHARGING, SPRAY STBD CARB WITH CLEANER | | | | | |
| 5/10/07  PF | WATER IN ENGINES | 8 | 108.00 | 108.00 | 864.00 |
| WATER IN ENGINES INTAKE NO GOOD REMOVE WATER CLEAN ENGINES, REPLACE STBD INTAKE, CHANGE OIL. | | | | | |
| 5/11/07  PF | REPLACE INTAKE | 8.5 | 108.00 | 108.00 | 918.00 |
| REPLACE PORT INTAKE REMOVE WATER CHANGE ENGINE OIL | | | | | |
| 5/14/07  PL | SEA TRIAL | 3 | 108.00 | 108.00 | 324.00 |
| CARBS. NEED TO BE RE-BUILT | | | | | |
| 5/15/07  PL | REBUILD CARBS. | 8 | 108.00 | 108.00 | 864.00 |
| 5/16/07  PL | SEA TRIAL | 3 | 108.00 | 108.00 | 324.00 |
| CIRC PUMPS LEAKING | | | | | |

NTINUATION OF WORK-ORDER 1311  Invoice 1311          Pg 4

| em Number | Description | Quantity | List | Price | Extended |
|---|---|---|---|---|---|
| /16/07  PL | REPLACE PUMPS | 5 | 108.00 | 108.00 | 540.00 |
| /17/07  PL | BATTERIES REPLACE | 3 | 108.00 | 108.00 | 324.00 |
| | BATTERIES NOT STAYING CHARGED NEED REPLACEMENT | | | | |
| /21/07  PL | REPLACE ALTERNATOR | 2 | 108.00 | 108.00 | 216.00 |
| | ALTENATOR NOT CHARGING RELACE AND TEST | | | | |
| /22/07  PL | REPLACE COUPLER | 6 | 108.00 | 108.00 | 648.00 |
| /15/08  PL | NOT STARTING | 10 | 108.00 | 108.00 | 1080.00 |
| | ENGINES LOCKED UP EXHAUST FAILED PULL ENGIENS FOR ESTIMATE | | | | |

| | | | | |
|---|---|---|---|---|
| Parts | 43053.71 | | Total | 53502.71 |
| Labor | 10449.00 | | Sales Tax | 3210.16 |
| Other | .00 | | Grand Total | 56712.87 |
| | | | Deposit | 8500.00 |
| Charge ** | | OPEN | Amount Due | 48212.87 |

Exhibit "A"

Summons Returned

Executed

Robert Bryan

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **09-CV-60841-Martinez-Brown**

"IN ADMIRALTY"

**PERFORMANCE MARINE TRADING**
      Plaintiff,

V.

BARELY LEGAL, her engines, tackle,
appurtenances, boats, etc. in rem
      Defendant,

SUMMONS IN A CIVIL CASE

*By Serving owner*

TO: Robert Lewis Bryan
    4440 NE 30th Avenue
    Lighthouse Point, FL 33064

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S
ATTORNEY (name and address)

    George L. Moxon, Esq.
    5630 Harding Street
    Hollywood, FL 33021

an answer to the complaint which is herewith served upon you, within _____20_____ days after service
of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. You must also file
your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**
                    **June 4, 2009**
                         Date

                s/Vernice Thomas
                Deputy Clerk
                U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Robert Lewis Bryan

was received by me on *(date)* 6/5/09 .

☑ I personally served the summons on the individual at *(place)* 4440 NE 30 Ave
Lighthouse Pt, Fl 33064 on *(date)* 6/7/09 ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* Don Bryan,
who Robert Bryan told me to leave it with , a person of suitable age and discretion who resides there,
on *(date)* 6/7/09 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/19/09

_____
Server's signature

Hope Tucker
_____
Printed name and title

5630 Harding St. Hollywood, Fl
33304
_____
Server's address

Additional information regarding attempted service, etc:

# Exhibit "B"

# Summons Returned

# Executed

# US Bank

## VERIFIED RETURN OF SERVICE

**State of Florida**          **County of SOUTHERN**          **District Court**

Case Number: 09-CV-60841-MARTINEZ-BROWN

Plaintiff:
**PERFORMANCE MARINE TRADING**
vs.
Defendant:
**BARLEY LEGAL**

For: George L. Moxon, Esq.,

Received by L.R.I. (Attorney's Support Services) on the 15th day of June, 2009 at 4:06 pm to be served on **US BANK, 800 NICOLLETE MALL, BC-MN-H21P/LEGAL DEPARTMENT, 2ND FLOOR, MINNEAPOLIS, MN 55402**. I, _Angela   Sisco_, do hereby affirm that on the _16th_ day of _June_, 20_09_ at _2:00p_.m., executed service by delivering a true copy of the **COMPLAINT WITH EXHIBITS, CERTIFICATE OF INTERESTED PARTIES AND DISCLOSURE STATEMENTS, ODER DIRECTING ISSUANCE OF WARRANT OF ARREST IN REM, ODER REQUIRING PARTIES TO MEET AND FILE JOINT SCHEDULING REPORT AND PROPOSED ORDER AND DIRECTING PARTIES TO FILE CERTIFICATES OF INTERESTED PARTIES** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____
of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____
_____

(X) CORPORATE SERVICE: By serving _Jodi   Miller_ as
_Administrative  Assistant_.

( ) OTHER SERVICE: As described in the Comments below by serving
_____ as _____.

( )NON SERVICE: For the reason detailed in the Comments below.


**COMMENTS:** _____
_____
_____

## VERIFIED RETURN OF SERVICE for 09-CV-60841-MARTINEZ-BROWN

I certify that I am a Process Server over the age of eighteen, appointed in the County in which it was served, that I am in good standing and have no interest in the above action. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true.                     Pursuant to F.S. 92.525(2), Notary not required. Date: _____(0-10-09___.

_Angela Siso_

PROCESS SERVER # _N/A_
Appointed in accordance
  with State Statutes

**L.R.I. (Attorney's Support Services)**
**7731 N.W. 6th Court**
**Pembroke Pines, FL  33024**
**(954) 986-8997**

Our Job Serial Number: 2009005086

Copyright © 1992-2008 Database Services, Inc. • Process Server's Toolbox V6.9b

# Exhibit "C"

# General Index or Abstract of

# Title

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE | OMB APPROVED 2115-0110 |
| --- | --- | --- |

NAME OF VESSEL  **BARELY LEGAL**          OFFICIAL NUMBER:  **1150017**

HIN NUMBER:  PWN235SSC899

VESSEL BUILT AT  **FT LAUDERDALE, FL, UNITED STATES**

(AND) _____  IN  1998

BY  **POWERPLAY MARINE INC**

FOR  **RICHARD J DAVENPORT**

BUILDER'S CERTIFICATE DATED  Unknown

TITLE ASSIGNED TO _____

---

**STATUS: ON RECORD**
Waiver for  production of original build evidence granted.

---

**STATUS: ON RECORD**
Florida registration, FL1191KR reflects owner as:  EMANUEL MANUSUTHAKIS

---

| DISCHARGED YES | **PREFERRED MORTGAGE** | | | |
| --- | --- | --- | --- | --- |
| % CONVEYED 100 | DATE October 16, 2003 | AMOUNT $100,350.00 | BATCH 166642 | DOC ID 1484694 |
| DATE FILED November 18, 2003 | TIME FILED 01:09 PM | | STATUS RECORDED | |

MORTGAGOR:
    EMANUEL MANUSUTHAKIS

MORTGAGEE:
    UNION PLANTERS BANK, NATIONAL ASSOCIATION
    MIAMI BOAT LOANS
    9700 NW 112 AVE
    MIAMI, FL 33178

---

This space intentionally left blank

---

PREVIOUS EDITION MAY BE USED

DEPARTMENT OF
HOMELAND SECURITY
U.S. COAST GUARD
CG - 1332

## GENERAL INDEX OR ABSTRACT OF TITLE
### Continuation Sheet No. 1

Official No.
1150017

---

### BILL OF SALE

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | April 26, 2004 | $1.00 | 243233 | 2175104 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| May 18, 2004 | 11:45 AM | RECORDED |

SELLER:

EMANUAL MANUSUTHAKIS

BUYER:

ROBERT BRYAN

---

### PREFERRED MORTGAGE

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | April 27, 2004 | $113,157.28 | 243233 | 2175105 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| May 18, 2004 | 11:45 AM | RECORDED |

MORTGAGOR:

ROBERT BRYAN

MORTGAGEE:

US BANK
PO BOX 3427
OSHKOSH WI 54903

This space intentionally left blank

---

PREVIOUS EDITION MAY BE USED

| DEPARTMENT OF HOMELAND SECURITY U.S. COAST GUARD CG - 1332 | GENERAL INDEX OR ABSTRACT OF TITLE Continuation Sheet No. 2 | Official No. 1150017 |
|---|---|---|

**SATISFACTION MORTGAGE**                        Refers To:  Document: 1484694

| % CONVEYED | DATE | AMOUNT | BATCH | DOC ID |
|---|---|---|---|---|
| 100 | August 25, 2004 | $100,350.00 | 283775 | 2615170 |

| DATE FILED | TIME FILED | STATUS |
|---|---|---|
| September 01, 2004 | 11:35 AM | RECORDED |

GRANTOR:

UNION PLANTERS BANK NA

GRANTEE:

EMANUEL MANUSUTHAKIS

**ISSUED AS AN ABSTRACT OF TITLE AS OF**

DATE: March 11, 2009        TIME:  08:54 AM

ADRIANA MOULTON

**NATIONAL VESSEL DOCUMENTATION CENTER**

PREVIOUS EDITION MAY BE USED

Page 3 of 3