UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60841-CIV-MARTINEZ-BROWN

PERFORMANCE MARINE TRADING,

    Plaintiff,

vs.

BARELY LEGAL, her engines, tackle, apparel
and other appurtenances, etc. *in rem*,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER OF SALE AND ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court upon Plaintiff's Motion for Order of Sale **(D.E. No. 22)**. Defendant vessel has not responded to this motion and has never appeared in this action. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1.    Plaintiff's Motion for Order of Sale **(D.E. No. 22)** is **GRANTED**.

2.    Barely Legal, her engines, tackle, apparel, and other appurtenances shall be immediately sold by the U.S. Marshal of this Court pursuant to the Local Admiralty Rules of the District, to the highest bidder, said sale to be subject to the confirmation of the Court.

3.    The U.S. Marshal shall publish notice of the sale in any of the newspapers approved pursuant to Local Admiralty Rule A(7). Local Admiralty Rule E(16)(1). Publication of the notice of the sale shall be made at least twice; the first publication shall be at least one calendar week prior to the date of the sale, and the second at least three calendar days prior to the

date of the sale.  Local Admiralty Rule E(16)(2).  Notice of the public sale shall contain the time and place where said sale will be conducted.

4. Any and all proceeds received from the U.S. Marshal for the sale of the Defendant vessel shall be deposited into the registry of the Court by the U.S. Marshal, to await and abide further order of this Court.

5. At the conclusion of the sale, the U.S. Marshal shall file a written report of the sale to include the date of the sale, the price obtained, and the name and address of the buyer.  Local Admiralty Rule E(17)(e)

6. Plaintiff must proceed to have the sale confirmed on the day following the last day for filing objections.  Local Admiralty Rule E(17)(f).  Plaintiff must file a "Request for Confirmation of Sale" on the day following the last day for filing an objection.  The "Request for Confirmation of Sale" must conform in format and content with the form identified as SDF 10 in the Appendix to the Local Admiralty Rules.  On the date when Plaintiff must file its "Request for Confirmation of Sale," Plaintiff shall also file a proposed "Confirmation of Sale," which shall conform in format and content to the form identified as SDF 11 in the Appendix to the Local Admiralty Rules.

7. Upon the filing of the "Request for Confirmation of Sale" and "Confirmation of Sale" the Clerk is **DIRECTED** to file and docket the "Confirmation of Sale" and transmit a certified copy of the "Confirmation of Sale" to the U.S. Marshal's office so that the Bill of Sale may be issued.

8. Within 10 days of the entry of the Confirmation of Sale, it is Plaintiff's

responsibility to file whatever motions are necessary to conclude this action.[1]

9. This Case shall be marked administratively **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 7 day of October, 2009.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record
U.S. Marshals

---

[1]This does not extend any specific deadlines set under the Federal Rules of Civil Procedure or the Local Rules of this district.

-3-