09-60841.o1

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-60841-CIV-MARTINEZ/BROWN

PERFORMANCE MARINE TRADING,

    Plaintiff,

vs.

BARELY LEGAL, her engines, tackle, appurtenances, boats, etc. in rem,

    Defendant.

_____/

## ORDER DENYING MOTION FOR FEES AND COSTS

**This matter** is before this Court on Plaintiff's Motion for an Award of Attorney's Fees and Costs..., (D.E. 27), filed November 6, 2009. The Court has considered the motion and finds it severely deficient in several respects: (1) there is no indication fo compliance with Local Rule 7.1.A.3 as required in Local Rule 7.3; (2) there is no legal authority cited to support the award of fees or costs pursuant to Local Rule 7.1.A.1; and there is no support for the hourly rate sought by counsel...assuming only for the sake of argument that the time entries would be approvable.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without**

1

prejudice.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of November, 2009.

                                                                                         _____
                                                                    STEPHEN T. BROWN
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Jose E. Martinez
        Counsel of record