UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-60841-Martinez-Brown

"IN ADMIRALTY"

PERFORMANCE MARINE TRADING

    Plaintiff,

V.

BARELY LEGAL, her engines, tackle, appurtenances, boats, etc. in rem

Defendant,
_____/



## REQUEST FOR CONFIRMATION OF SALE

Plaintiff, Performance Marine Trading certifies the following:

1. **Date of Sale**: In accordance with the Court's previous Order of Sale, Performance Marine Trading represents that the sale of the M/V Barely Legal, Official No. 1150017 was conducted by the Marshal on Monday, December 14, 2009.

2. **Last Day for Filing Objections**: Pursuant to Local Admiralty Rule E(17)(g)(1), the last day for filing objections was on Thursday, December 17, 2009.

3. **Survey of Court Records**: Plaintiff has surveyed the docket and records of this case, and has confirmed that as of December 21, 2009, there were no

objections to the sale on file with the Clerk of Court.

THEREFORE, in light of the facts presented, Plaintiff Performance Marine Trading requests the Clerk to enter a Confirmation of Sale and to transmit the confirmation to the US Marshal for processing.

George L. Moxon
Florida Bar # 057150
Moxong@bellsouth.net
5630 Harding Street
Hollywood, Florida 33021
Tel. 954 962 2085
Fax. 954 961 5525

## CERTIFICATE OF SERVICE

I hereby certify that on the December 21, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### SERVICE LIST

Robert Lewis Bryan
4440 NE 30th Avenue
Lighthouse Point, FL 33064

US BANK NATIONAL ASSOCIATION
800 Nicolette Mall
Legal Department/2nd Floor
Minneapolis, MN 55402

Copies provided to:
Magistrate Judge Brown