UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-60841-Martinez-Brown

"IN ADMIRALTY"

PERFORMANCE MARINE TRADING

    Plaintiff,

V.

BARELY LEGAL, her engines, tackle, appurtenances, boats, etc. in rem

Defendant,
_____/

## CONFIRMATION OF SALE

The records in this action indicate that no objection has been filed to the sale of property conducted by the United States Marshal on December 14, 2009.

THEREFORE, in accordance with Local Admiralty Rule E(17)(f), the sale shall stand confirmed as of December 14, 2009.

DONE at Ft. Lauderdale, Florida, this 4th day of January, 2010.

CLERK

By: _____
Deputy Clerk

cc: United States Marshal

*[Filed stamp: 2010 JAN -4 PM 3:44, STEVEN M. LARIMORE, CLERK U.S. DIST. CT., S.D. OF FLA.-FTL]*